HENRY STANTON *vs.* —— LOYD.

On an appeal, the defendant may alter the issue from the court to the jury, without notice to the opposite party.

THIS was an issue of fact, put to the Court below, whereon was judgment, and an appeal, and no notice had been given of an intention to alter the plea.

*Per curiam.* Where the issue is put to the Court below, the defendant has a right to alter the issue here, without notice.

And the issue was accordingly put to the jury by the defendant, and the cause continued.